# UNITED STATES DISTRICT OF COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN SARA MOREAU, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEARTLAND EMPLOYMENT SERVICES, LLC, an Ohio limited liability company; HCR MANORCARE MEDICAL SERVICES OF FLORIDA, LLC; a Florida limited liability company; MANORCARE HEALTH SERVICES- CITRUS HEIGHTS, a California business form unknown; HCR MANORCARE, INC., an Ohio not-for-profit corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00314-JAM-DB<br><br>**ORDER GRANTING STIPULATION FOR (1) PARTIAL DISMISSAL OF CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2), AND (2) REMAND TO SACRAMENTO COUNTY SUPERIOR COURT**<br><br>Judge: Hon. John A. Mendez<br><br>Filed: December 22, 2019<br>Removed: February 2, 2020 |

MATERN LAW GROUP
1230 ROSECRANS
AVENUE, STE 200
MANHATTAN
BEACH, CA 90266

-1-

[PROPOSED] ORDER GRANTING STIPULATION
CASE NO.: 2:20-cv-00314-JAM-DB

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE AND REMAND

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(2), IT IS HEREBY ORDERED that

1. The Plaintiff Kathryn Sara Moreau's ("Plaintiff") individual and class claims shall be dismissed from this action *without prejudice*, against Defendants Heartland Employment Services, LLC, ("HES"), HCR Manorcare Medical Services of Florida, LLC, ("HCR"), Manorcare Health Services-Citrus Heights, ("Manorcare"), HCR Manorcare, Inc., ("HCR Manorcare") (collectively, "Defendants"), including the following causes of action:

   1. Failure to Provide Required Meal Periods
   2. Failure to Provide Required Rest Periods
   3. Failure to Pay Overtime Wages
   4. Failure to Pay Minimum Wages
   5. Failure to Maintain Required Records
   6. Failure to Furnish Accurate Itemized Wage Statements
   7. Failure to Indemnify Employees for Necessary Expenditures Incurred in Discharge of Duties
   8. Unfair and Unlawful Business Practices.

2. The ninth cause of action, a representative action seeking penalties under the California Labor Code Private Attorneys General Act of 2004 ("PAGA"), against Defendants shall *not* be dismissed. The Parties agree to bear their own costs and attorneys' fees with respect to the dismissed claims.

3. This case, consisting only of the Ninth Cause of Action (PAGA), is remanded to the Sacramento County Superior Court, where Plaintiff shall file an amended complaint removing the dismissed causes of action and (2) all items currently contained in the Prayer for Relief, except as set forth herein. The amended PAGA complaint's Prayer for Relief shall include (a) section 6 relating to civil penalties under §§ 2698-2699.5, (b) section 8 relating to attorneys' fees and costs pursuant to California Labor Code section 2699, and (c) section 12 relating to further relief that the Court may deem just and proper.

\\

MATERN LAW GROUP
1230 ROSECRANS
AVENUE, STE 200
MANHATTAN
BEACH, CA 90266

-2-

[PROPOSED] ORDER GRANTING STIPULATION
CASE NO.: 2:20-cv-00314-JAM-DB

4. Defendants' first responsive pleading shall be due in Sacramento Superior Court within 30 days of Plaintiff's filing of her amended complaint.

Dated: 2/19/2020 /s/ John A. Mendez_____

Hon. John A. Mendez
United States District Court Judge

MATERN LAW GROUP
1230 ROSECRANS
AVENUE, STE 200
MANHATTAN
BEACH, CA 90266

-3-

[PROPOSED] ORDER GRANTING STIPULATION
CASE NO.: 2:20-cv-00314-JAM-DB